IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFREY MARVIN GLENN                                                PLAINTIFF

v.                              No. 4:12-cv-335-DPM

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                      DEFENDANT

## JUDGMENT

The Court affirms the Commissioner's decision and dismisses Glenn's complaint with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2013