## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JEFFREY MARVIN GLENN**                                    **PLAINTIFF**

v.                                        **No. 4:12–cv–335–DPM**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**                          **DEFENDANT**

### JUDGMENT

The Court affirms the Commissioner's decision and dismisses Glenn's

complaint with prejudice.


_____

D.P. Marshall Jr.

United States District Judge


_____24 July 2013_____